JENNIFER L. BROCKETT (State Bar No. 193433)
   jenniferbrockett@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

JAMES H. BICKS *(pro hac vice forthcoming)*
   jbicks@wiggin.com
WIGGIN AND DANA, LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901
Telephone: (203) 363-7622
Fax: (203) 363-7676

BENJAMIN M. DANIELS *(pro hac vice forthcoming)*
   bdaniels@wiggin.com
WIGGIN AND DANA, LLP
One Century Tower
265 Church Street
New Haven, Connecticut  06508
Telephone: (203) 498-4400
Fax: (203) 782-2889

Attorneys for Intervenor
ASTRONICS ADVANCED ELECTRONIC
SYSTEMS CORP.

IN THE UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK, Petitioner, for an Order Pursuant to 28 U.S.C. §1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Thales Avionics Incorporated for Use in Foreign Proceedings. | No. 8:19-mc-00016-UA-KES<br><br>Assigned to the Hon. Karen E. Scott<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Dept.:          6D<br><br>Action Filed: June 28, 2019<br><br>**[CENTRAL DISTRICT LOCAL RULE 7.1]** |

The undersigned, counsel of record for Astronics Advanced Electronic Systems Corp. certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Astronics Advanced Electronic Systems, Corp.
2. Lufthansa Technik AG

DATED: July 26, 2019

DAVIS WRIGHT TREMAINE LLP
JENNIFER L. BROCKETT

By: /s/ Jennifer L. Brockett
      Jennifer L. Brockett

DATED: July 26, 2019

WIGGIN AND DANA, LLP
JAMES H. BICKS
BENJAMIN M. DANIELS

By: /s/ Benjamin M. Daniels
      Benjamin M. Daniels

Attorneys for Intervenor
ASTRONICS ADVANCED ELECTRONIC SYSTEMS CORP.