1  JENNIFER L. BROCKETT (State Bar No. 193433)
     jenniferbrockett@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
4  Fax: (213) 633-6899

5  JAMES H. BICKS *(Pro Hac Vice application forthcoming)*
     jbicks@wiggin.com
6  WIGGIN AND DANA, LLP
   Two Stamford Plaza
7  281 Tresser Boulevard
   Stamford, Connecticut 06901
8  Telephone: (203) 363-7622
   Fax: (203) 363-7676
9
   BENJAMIN M. DANIELS *(Pro Hac Vice application forthcoming)*
10    bdaniels@wiggin.com
   WIGGIN AND DANA, LLP
11 One Century Tower
   265 Church Street
12 New Haven, Connecticut 06508
   Telephone: (203) 498-4400
13 Fax: (203) 782-2889

14 Attorneys for Intervenor
   ASTRONICS ADVANCED ELECTRONIC
15 SYSTEMS CORP.

16

## IN THE UNITED STATES DISTRICT COURT

## THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK, Petitioner, for an Order Pursuant to 28 U.S.C. §1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Thales Avionics Incorporated for Use in Foreign Proceedings. | No. 8:19-mc-00016-UA-KES<br><br>Assigned to the Hon. Karen E. Scott<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Dept.:        6D<br><br>Action Filed: June 28, 2019<br><br>**[FEDERAL RULE OF CIVIL PROCEDURE 7.1]** |

Proposed Intervenor Astronics Advanced Electronic Systems Corp. submits this statement pursuant to Fed. R. Civ. P. 7.1. Astronics Advanced Electronic Systems Corp. is a wholly-owned subsidiary of Astronics Corp., which is a publicly held corporation.

DATED: July 26, 2019

DAVIS WRIGHT TREMAINE LLP
JENNIFER L. BROCKETT

By: /s/ Jennifer L. Brockett
      Jennifer L. Brockett

DATED: July 26, 2019

WIGGIN AND DANA, LLP
JAMES H. BICKS
BENJAMIN M. DANIELS

By: /s/ Benjamin M. Daniels
      Benjamin M. Daniels

Attorneys for Intervenor
ASTRONICS ADVANCED ELECTRONIC SYSTEMS CORP.