| | |
|---|---|
| Lawrence D. Rosenberg (admitted *pro hac vice*) JONES DAY 51 Louisiana Avenue, N.W. Washington, D.C. 20001.2113 Telephone: +1.202.879.3939 Facsimile: +1.202.626.1700 ldrosenberg@jonesday.com | William T. O'Brien (admitted *pro hac vice*) william.obrien@dentons.com DANIEL MORRIS (admitted *pro hac vice*) danielmorris@eversheds-sutherland.com EVERSHEDS SUTHERLAND (US) LLP 700 6th Street, N.W., Suite 700 Washington, DC 20001 Telephone: (202) 220-8348 Facsimile: (202) 637-3593 |
| Alexis Adian Smith (SBN 274429) JONES DAY 555 South Flower Street Fiftieth Floor Los Angeles, CA 90071.2452 Telephone: +1.213.489.3939 Facsimile: +1.213.243.2539 asmith@jonesday.com | RONALD D. KENT (Bar No. 100717) ronald.kent@dentons.com DENTONS US LLP 4675 MacArthur Court, Suite 1250 Newport Beach, CA 92660 Telephone: (949) 732-3700 Facsimile: (949) 732-3739 |
| Attorneys for Petitioner Lufthansa Technik AG | Attorneys for Respondent Thales Avionics, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Thales Avionics, Inc., for Use in Foreign Proceedings | Case No. 8:19-mc-00016-UA-KES **STIPULATION AND ORDER AMENDING PROTECTIVE ORDER** Hon. Judge Karen E. Scott Courtroom: 6D |

The above-captioned parties, through their undersigned counsel, stipulate that Section 17.2 of the Revised Protective Order (Dkt. #59) shall be amended to state as follows:

> 17.2 Disclosure may be made only to Thomas Terbeck, as in-house counsel for Lufthansa, provided that he has signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A). Further, no Confidential Information will be transmitted to or stored on Lufthansa's servers, computers, email or document systems, nor shall Lufthansa have possession of any electronic, paper, or other copy of Confidential Information, except that counsel of record in the German Proceedings or Contemplated Proceedings may (i) carry with them Confidential Information onto Lufthansa premises for the purpose of permitting review of the Confidential Information by Thomas Terbeck in the presence of counsel of record in the German Proceedings or Contemplated Proceedings or (ii) may provide secure, electronic access through web-based technology to Thomas Terbeck so that they may review, but not download, Confidential Information along with counsel of record in the German Proceedings or Contemplated Proceedings.

DATED this May 12, 2021

By: */s/ Alexis A. Smith*

Lawrence D. Rosenberg
(admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ldrosenberg@jonesday.com

Alexis A. Smith (SBN 274429)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2452
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
asmith@jonesday.com

Attorneys for Petitioner
LUFTHANSA TECHNIK AG

By: */s/ Daniel Morris*

Ronald D. Kent (SBN 100717)

ronald.kent@dentons.com
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
Telephone: (949) 732-3700
Facsimile: (949) 732-3739

William T. O'Brien
(admitted *pro hac vice*)
william.obrien@dentons.com
DANIEL MORRIS (admitted *pro hac vice*)
danielmorris@eversheds-sutherland.com
DENTONS US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Respondent
THALES AVIONICS, INC.

**ATTESTATION**

In accordance with Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from all other signatories listed and on whose behalf this filing is submitted.

Dated: May 12, 2021                    JONES DAY

By: /s/ *Alexis A. Smith*
_____
Alexis A. Smith

Attorneys for Petitioner
LUFTHANSA TECHNIK AG

**ORDER**

It is so ordered.

Dated: May 13, 2021

_____
Hon. Karen E. Scott
U.S. Magistrate Judge